[No. 21978–2–I.   Division One.   October 2, 1989.]

*In the Matter of the Dependency of* R.A.

THE STATE OF WASHINGTON, *Respondent,* v. PATRICIA ARNOLD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 136105R500, Gerald L. Knight, J.,

entered March 4, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Forrest, J., and Revelle, J. Pro Tem.